# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0717

VERSUS

MARTIN WESLEY MORGAN, SR.

**OCTOBER 18, 2024**

---

In Re:   Martin Wesley Morgan, Sr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 18-FELN-037824.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT